## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**PAULA M. BROCK, on behalf of herself
and others similarly situated,**

        **Plaintiff,**

v.

**THE DISTRICT SCHOOL BOARD OF**     Case No. 2:11-cv-542-FtM-36SPC
**COLLIER COUNTY, FLORIDA, and
BEVERLY BUDZYNSKI, an individual**

        **Defendants.**

_____

### ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell, filed on April 8, 2013 (Doc. 51). In the Report and Recommendation, Judge Chappell recommends that Plaintiff, Paula M. Brock and the Defendant, the District School Board of Collier County, Florida's Motion for Approval of Settlement Agreement (Doc. 50), filed on April 4, 2013 be approved.

This case was brought under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 *et. seq*. In her complaint, Plaintiff alleged that she was not paid just compensation for non-exempt overtime work she performed as the officer manager for Defendant School Board and Defendant Budzynski. The parties have reached a settlement of Plaintiff's claim and seek court approval of their settlement agreement. Specifically, the parties have agreed to a settlement amount of $12,100.00 in compensation, a sum of $6,050.00 in back wages, and $6,050.00 in liquidated damages.

Furthermore, the parties have agreed that Counsel for the Plaintiff, Bradley P. Rothman, Esq. of the law firm Weldon & Rothman, PL, shall receive $8,900.00 in attorney's fees and costs.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has expired. After careful consideration of the Report and Recommendation and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 51) is adopted and incorporated by reference in this order for all purposes, including appellate review.

2. The settlement agreement is **APPROVED**, as the settlement reached by the parties is a fair and reasonable resolution of a bona fide dispute. Paula M. Brock and the Defendant, the District School Board of Collier County, Florida's Motion for Approval of Settlement Agreement (Doc. 50) is **GRANTED**.

3. The case is **DISMISSED** with prejudice, pursuant to the agreement of the Parties. The Clerk is directed to terminate all pending motions and deadlines, enter judgment accordingly, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this 23rd day of May 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO:**
**Counsel of Record**